LYMAN, Respondent, v. HARLEY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Henry H. Lyman, commissioner, against Dobie R. Harley and another. L. Marshall, for appellants. H. H. Kellogg, for respondent. No opinion. Order modified, by striking out interest, and, as modified, affirmed, without costs to either party.

McALLESTER et al., Respondents, v. POTTER–BRITTON, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Joseph E. McAllester and others against Emeline Potter-Britton. No opinion. Judgment unanimously affirmed, with costs.

MACCLINCHEY, Respondent, v. BROOKS et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by William H. Macclinchey against Frederick Brooks and others. No opinion. Judgment of the municipal court affirmed, with costs.

In re McCORMICK et al. (Supreme Court, Appellate Division, First Department. November 15, 1901.) In the matter of Price McCormick & Co. E. E. Hill, for appellant. C. L. Atterbury, for respondent. No opinion. Order affirmed, with costs.

MacEVITT, Respondent, v. MAASS, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by John C. MacEvitt against G. Henry Maass. No opinion. Motion for reargument denied. See 72 N. Y. Supp. 158.

In re McGIRR. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) In the matter of the application of Joseph B. McGirr for admission to the bar. No opinion. Application granted.

McKENNA, Respondent, v. BROWN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by James A. McKenna against Charles A. Brown and John Fleming.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, because of error in the charge in the case to the effect that the jury could consider the public offices which the plaintiff had held in determining the question as to whether he was presenting and asserting against the defendants a false and padded bill. The holding of public office, being in itself no proof of the correctness of a claim in suit, could not lawfully be considered by the jury in determining that question.

In re McMANUS. McMANUS, Appellant, v. HARRIGAN et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) In the matter of the petition of Ellen McManus, as administratrix de bonis non of Anthony McKnight, deceased, to compel a judicial settlement of the accounts of John J. Harrigan, the deceased administrator of the goods, chattels, and credits of Anthony McKnight, deceased. Proceeding by Ellen McManus, as administratrix de bonis non of Anthony McKnight, deceased, against Harvey T. V. Harrigan and Ellen Harrigan, as executors of the last will and testament of John J. Harrigan, deceased.

PER CURIAM. Order modified, by adding thereto, "without prejudice to renew application before the surrogate on additional facts."

MAHLEY, Respondent, v. GERMAN BANK OF BUFFALO, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by Christian J. Mahley against the German Bank of Buffalo, impleaded, etc.

PER CURIAM. Judgment affirmed, with costs, on authority of same case, reported in 52 App. Div. 131, 64 N. Y. Supp. 1080.

MANNING, Respondent, v. GENESEE RIVER & L. O. STEAMBOAT CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by William W. Manning, by guardian, etc., against the Genesee River & Lake Ontario Steamboat Company and others. No opinion. Order reversed, and proceedings dismissed, without costs, as the judgment upon which the same is based has been reversed.

MALTHANER, Appellant, v. DELAWARE & H. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Martin Malthaner against the Delaware & Hudson Company. No opinion. Judgment unanimously affirmed, with costs.

MARQUET, Respondent, v. MARQUET, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Loretta Marquet against Henry Marquet. W. L. Mathot, for appellant. A. P. Wagener, for respondent.

PER CURIAM. Order modified, by reducing counsel fee to $25, and by reducing the alimony allowed to $3 a week, and, as modified, affirmed, without costs to either party.

MARSHALL et al., Respondents, v. FRIEND et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 12, 1901.) Action by Jacob Marshall and another against Charles M. Friend and another.

PER CURIAM. Judgment sustaining demurrer (71 N. Y. Supp. 221) affirmed, with costs, on opinion of HISCOCK, J., delivered at special term.

HISCOCK, J., not sitting.

MASON, Respondent, v. EVENING STAR NEWSPAPER CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Frederick G. Mason against the Evening Star Newspaper Company. H. T. Fay, for appellant. W. O.

Davis, for respondent. No opinion. Order (71 N. Y. Supp. 203) affirmed, with $10 costs and disbursements.

MATHEWS et al., Respondents, v. ROSE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Sarah A. Mathews and another against William G. Rose and others. G. A. Knobloch, for appellants. F. A. Irish, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re MAYOR, ETC., OF NEW YORK. TREDWELL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Edgar A. Tredwell against the city of New York. T. Connoly, for appellant. R. H. Wilson, for respondent.

PER CURIAM. Order (69 N. Y. Supp. 178) modified, by reducing allowance to respondent to $3,000, and, as modified, affirmed, without costs.

MEDINA GAS & ELECTRIC CO., Appellant, v. BUFFALO LOAN TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by the Medina Gas & Electric Company against the Buffalo Loan Trust Company. C. J. Shearn, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

MENDON CENTER TELEPHONE CO., Respondent, v. HAYES et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1901.) Action by the Mendon Center Telephone Company against John P. Hayes and Mary Hayes, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

MIERS, Respondent, v. MIERS, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by Lena Miers against Samuel Miers. C. L. Hoffman, for appellant. A. Rosenthal, for respondent.

PER CURIAM. Order (71 N. Y. Supp. 1058) modified, by reducing alimony to $8 per week and counsel fee to $100, and, as so modified, affirmed, without costs.

In re MILLER. (Supreme Court, Appellate Division, First Department. November 15, 1901.) In the matter of the will of Joseph Miller, deceased. C. P. Hallock, for appellant. J. F. Forrester, for respondent. No opinion. Decree affirmed, with costs.

MILLER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. December 7, 1901.) Action by Margaret C. Miller against the New York Central & Hudson River Railroad Company. No opinion. Let order conform to memorandum.

MILLS, Respondent, v. BUNKE et al., Appellants. (Supreme Court, Appellate Division,

Second Department. November 22, 1901.) Action by Theodore Mills, as administrator, etc., of Walter S. Mills, deceased, against Ratje Bunke and another. No opinion. Judgment and order unanimously affirmed, with costs.

MONTGOMERY v. BOYD et al. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by James L. Montgomery against Robert N. Boyd and others. No opinion. Motion denied.

MOORE v. SMITH. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Henry S. Moore against Tillie E. Smith. No opinion. Motion denied, on payment of $10 costs.

MOORE v. SMITH. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Henry S. Moore against Tillie E. Smith. No opinion. Motion denied, on payment of $10 costs.

MORRISON et al., Respondents, v. COY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Solomon Morrison and another against Nehemiah Coy and another. No opinion. Order affirmed, with $10 costs and disbursements.

MORRISON, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Edward A. Morrison against the Metropolitan Elevated Railway Company and another. A. O. Townsend, for appellants. S. Dexter, for respondent.

PER CURIAM. Judgment (63 N. Y. Supp. 206) modified, by reducing the amount awarded for fee damage to $5,000, and by reducing the judgment for rental damage, as entered, to the sum of $2,250.40, and, as modified, affirmed, without costs to either party.

MOWBRAY, Appellant, v. SHELDON, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1901.) Action by William E. Mowbray against George R. Sheldon, individually, etc. D. Seymour, for appellant. C. E. Mahony, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MULFORD, Respondent, v. MULFORD, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1901.) Action by Ida Mulford against Charles Leslie Mulford.

PER CURIAM. Motion granted, to the extent of striking the case from the calendar, with leave, however, to the appellant to move to reinstate the cause, upon proof that he has complied with the order for the payment of counsel fee.

In re NASSAU ELECTRIC R. CO. et al. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) In the mat-